IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Antonio Solis**, **Jose Solis**, and **Juan Rangel**, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Hilco Redevelopment LLC**, **HRE Crawford LLC**, **HRP Exchange 55 LLC**, **MCM Management Corp.**, **Controlled Demolition, Inc.**, and **Marine Technology Solutions LLC,**<br><br>Defendants. | No. 20 C 2348<br><br>Hon. Martha M. Pacold, District Judge<br><br>Hon. Sunil R. Harjani, Magistrate Judge |

**Joint Status Report**

Pursuant to the Court's order of March 29, 2021 (dkt. 121), the parties jointly submit the following status report, stating as follows:

1. The parties have continued the meet-and-confer process with respect to certain discovery responses. Plaintiffs also continue to be engaged in the meet-and-confer process regarding responses to subpoenas served on third parties.

2. The parties have exchanged drafts of an ESI protocol and are continuing to meet and confer about open issues. The parties have significantly narrowed the disputed issues with respect to the ESI protocol and expect that

they will either reach an agreement or be at impasse before the upcoming June 3, 2021 status conference.

3. Defendants have proposed a confidentiality protective order, and the parties have continued the meet-and-confer process regarding this proposal. Defendants are currently reviewing Plaintiffs' comments to Defendants' proposed order. To facilitate document production while these discussions are ongoing, the parties have agreed to treat as confidential documents so designated even before entry of a confidentiality order.

4. Defendant Marine Technology Solutions ("MTS") provided Plaintiffs with the waiver to GoDaddy.com that it had agreed to provide during the April 2, 2021 hearing on Plaintiffs' motion to compel. *See* Dkt. 122. Plaintiffs promptly served a subpoena on GoDaddy, and they recently received certain responsive documents. Namely, GoDaddy produced account information that suggests MTS may have deactivated relevant email accounts as recently as April of 2021. GoDaddy's production did not include any emails, but GoDaddy has explained to Plaintiffs' counsel that GoDaddy was actually only an intermediary for MTS's email accounts, and that any emails would be held by Microsoft. On May 26, 2021, MTS provided Plaintiffs with a waiver for Plaintiffs to obtain MTS's emails from Microsoft. Now that Plaintiffs have this waiver, they will be serving a subpoena on Microsoft. If Plaintiffs learn through that subpoena that emails were deleted after this case was filed, they may need to

seek further relief from the Court. At this point, however, they are unsure whether relevant emails still exist, and they are not yet asking for any relief from the Court.

5. The parties have not engaged in settlement discussions in this case.

May 27, 2021                                                            Respectfully submitted,

/s/ Scott Rauscher
Jon Loevy
Michael Kanovitz
Steve Art
Scott Rauscher
Cindy Tsai
Julie Goodwin
Danielle Hamilton
Renee Spence
John Hazinski
LOEVY & LOEVY
311 N. Aberdeen
Chicago, IL 60607
(312) 243-5900
hazinski@loevy.com
*Attorneys for Plaintiffs*


/s/ Edward DeVries
Edward DeVries
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe St., Suite 3800
Chicago, IL 60603
(312) 821-6151
edwarddevries@wilsonelser.com
*Attorney for MCM Management Corp.*

/s/ Brendan E. Ryan
Bradley H. Weidenhammer, P.C.
Brendan E. Ryan
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000
*Attorneys for Hilco Redevelopment LLC, HRE Crawford LLC, and HRP Exchange 55 LLC*


/s/ Bryan K. Clark
Blaine C. Kimrey
Bryan K. Clark
VEDDER PRICE P.C.
222 N. LaSalle
Chicago, IL 60601
(312) 609-7500
bkimrey@vedderprice.com
bclark@vedderprice.com
*Attorneys for Controlled Demolition, Inc.*

3

/s/ James L. Best
James L. Best
THE LAW OFFICES OF JAMES L. BEST, ESQUIRE
3 N. 2nd Street
Sunbury, PA 17801
(570) 863-0102
jim@jimbestlaw.com
*Attorney for Marine Technology Solutions, LLC*

4