IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **Antonio Solis**, **Jose Solis**, and **Juan Rangel**, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Hilco Redevelopment LLC**, **HRE Crawford LLC**, **HRP Exchange 55 LLC**, **MCM Management Corp.**, **Controlled Demolition, Inc.**, and **Marine Technology Solutions LLC**,<br><br>Defendants. | No. 20 C 2348<br><br>Hon. Martha M. Pacold, District Judge<br><br>Hon. Sunil R. Harjani, Magistrate Judge |

**Joint Status Report**

Pursuant to the Court's order of June 1, 2021 (Dkt. 129), the parties jointly submit the following status report, stating as follows:

1. The parties are continuing to conduct written discovery, including conferring about Plaintiffs' discovery requests. Since the previous status report, the parties were able to reach agreement on certain issues pertaining these requests, while they continue to confer on others.

2. The parties reached agreement on a protocol for the discovery of electronically stored information (Dkt. 132), and have begun reviewing the documents that resulted from the application of that protocol.

3. Defendants are continuing to review Plaintiffs' comments on the proposed confidentiality order. To facilitate document production while these

discussions are ongoing, the parties have agreed to treat as confidential documents so designated even before entry of a confidentiality order.

4. As noted in the last status report, Defendant MTS provided a waiver so that Plaintiffs could request MTS's emails from Microsoft Corporation. Plaintiffs served a subpoena on Microsoft along with the signed waiver. Microsoft refused to comply with Plaintiffs' subpoena until MTS signed a different waiver, using Microsoft's preferred form. MTS subsequently signed that form, but only for one of its email accounts. Plaintiffs provided that signed waiver to Microsoft. Without prejudice to later moving to compel MTS to sign a broader waiver or moving to enforce their subpoena, Plaintiffs intend to review the initial set of emails they receive from Microsoft to determine whether they need additional emails from MTS and whether additional motion practice may be necessary with respect to this issue.

5. Plaintiffs are conferring with third parties the Illinois Environment Protection Agency and the City of Chicago regarding Plaintiffs' document subpoenas. With respect to the Illinois EPA subpoena, the EPA has agreed to produce responsive documents and is presently conducting a privilege review. Regarding the subpoena to the City of Chicago, Plaintiffs are continuing to confer regarding the City's response.

6. The parties have not engaged in settlement discussions in this case.

July 29, 2021                                        Respectfully submitted,

/s/ John Hazinski_____                            /s/ Brendan Ryan_____
Jon Loevy                                            Bradley H. Weidenhammer, P.C.

<table>
<tr><td>

Michael Kanovitz  
Steve Art  
Scott Rauscher  
Cindy Tsai  
Julie Goodwin  
Danielle Hamilton  
Renee Spence  
John Hazinski  
LOEVY & LOEVY  
311 N. Aberdeen  
Chicago, IL 60607  
(312) 243-5900  
hazinski@loevy.com  
*Attorneys for Plaintiffs*


/s/ Edward DeVries  
Edward DeVries  
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP  
55 W. Monroe St., Suite 3800  
Chicago, IL 60603  
(312) 821-6151  
edwarddevries@wilsonelser.com  
*Attorney for MCM Management Corp.*


/s/ James L. Best  
James L. Best  
THE LAW OFFICES OF JAMES L. BEST, ESQUIRE  
3 N. 2nd Street  
Sunbury, PA 17801  
(570) 863-0102  
jim@jimbestlaw.com  
*Attorney for Marine Technology Solutions, LLC*

</td><td>

Brendan E. Ryan  
KIRKLAND & ELLIS LLP  
300 N. LaSalle  
Chicago, IL 60654  
(312) 862-2000  
*Attorneys for Hilco Redevelopment LLC, HRE Crawford LLC, and HRP Exchange 55 LLC*


/s/ Bryan K. Clark  
Blaine C. Kimrey  
Bryan K. Clark  
VEDDER PRICE P.C.  
222 N. LaSalle  
Chicago, IL 60601  
(312) 609-7500  
bkimrey@vedderprice.com  
bclark@vedderprice.com  
*Attorneys for Controlled Demolition, Inc.*

</td></tr>
</table>

3