# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Antonio Solis, et al.

                                Plaintiff,

v.                                                                         Case No.: 1:20−cv−02348
                                                                           Honorable Martha M. Pacold

HRP Exchange 55 LLC, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 15, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 2/16/2022 is stricken and reset to 4/13/2022 at 9:15 a.m. by telephone. By 4/7/2022 the parties shall file a joint status report with an update on discovery and settlement discussions. The Court has reviewed the latest Joint Status Report [160] which indicates that the parties are progressing with production of electronic discovery. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.