IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO SOLIS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:20-cv-02348 |
| v. ) | |
| ) | Hon. Judge Martha M. Pacold |
| ) | Magistrate Judge Sunil R. Harjani |
| HILCO REDEVELOPMENT LLC et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND DEADLINE TO FILE
## MOTION FOR PRELIMINARY APPROVAL

Plaintiffs Antonio Solis, Jose Solis, and Juan Rangel, and Defendants Hilco Redevelopment, LLC, HRE Crawford, LLC, HRP Exchange 55, LLC (collectively "Hilco"), MCM Management Corp. ("MCM"), and Controlled Demolition, Inc. ("CDI") (together "the moving parties"), move to extend the deadline to file a motion for preliminary approval of the class action settlement in this case up to and including November 30, 2023 stating in support as follows:

1. On September 21, 2023, the parties informed the Court that they had accepted the mediator's proposal to settle this lawsuit. Dkt. 234.

2. The parties also informed the Court that they anticipated finalizing a written settlement agreement and filing a motion for preliminary approval by November 15, 2023. *Id*.

3. The Court subsequently set a November 15, 2023 deadline to file a motion for preliminary approval. Dkt. 235.

4. The parties have worked diligently to finalize a written settlement agreement, and they have made significant progress toward doing so. In addition, Plaintiffs have received bids for providing notice to the class and have decided on a claims administration company to carry out such notice following preliminary approval.

5. The parties, however, have not yet been able to finalize the written settlement agreement. To ensure that the parties are able to work through any remaining issues and given the upcoming Thanksgiving holiday which might affect client availability, the parties jointly request an extension of the current deadline to file the motion for preliminary approval.

6. The moving parties believe that they can finalize the settlement agreement and notice documents by November 30, 2023, and therefore request an extension until that date.

WHEREFORE, the moving parties respectfully request that the Court grant their request to extend the deadline for filing a motion for preliminary approval to November 30, 2023.

| | |
|---|---|
| Dated: November 15, 2023 | Respectfully Submitted, |
| /s/ Scott Rauscher <br> Scott Rauscher <br> Jon Loevy <br> Michael Kanovitz <br> Steve Art <br> Danielle Hamilton <br> Renee Spence <br> LOEVY & LOEVY <br> 311 N. Aberdeen, 3rd Floor <br> Chicago, Illinois 60607 <br> Telephone: (312) 243-5900 <br> scott@loevy.com <br> *Attorneys for Plaintiffs* | /s/ Bradley H. Weidenhammer, P.C. <br> Bradley H. Weidenhammer, P.C. <br> Brendan E. Ryan <br> Sarah K. Angelino <br> KIRKLAND & ELLIS LLP <br> 300 North LaSalle <br> Chicago, IL 60654 <br> Telephone: +1 312 862 2000 <br> bradley.weidenhammer@kirkland.com <br> brendan.ryan@kirkland.com <br> *Attorneys for Defendants Hilco Redevelopment LLC, HRE Crawford LLC, and HRP Exchange 55 LLC* |
| /s/ Edward A. DeVries <br> Edward A. DeVries <br> Sean Wagner <br> WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP <br> 55 W. Monroe St., Suite 3800 <br> Chicago, IL 60603 <br> (312) 821-6151 <br> edwarddevries@wilsonelser.com <br> *Attorney for MCM Management Corp.* | /s/ Scott Pfeiffer <br> CRAY HUBER HOSTMAN HEIL & VANAUSDAL LLC <br> 303 West Madison Street Suite 200 <br> Chicago, Illinois 60606 <br> Phone: (312) 332-8450 <br> Fax: (312) 332-8451 <br> *Attorneys for Controlled Demolition, Inc.* |