**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO SOLIS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:20-cv-02348 |
| | ) | |
| v. | ) | Hon. Judge Martha M. Pacold |
| | ) | Magistrate Judge Sunil R. Harjani |
| HILCO REDEVELOPMENT LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

<u>**MOTION TO EXTEND DEADLINE TO FILE
MOTION FOR PRELIMINARY APPROVAL**</u>

Plaintiffs Antonio Solis, Jose Solis, and Juan Rangel, and Defendants Hilco Redevelopment, LLC, HRE Crawford, LLC, HRP Exchange 55, LLC (collectively "Hilco"), MCM Management Corp. ("MCM"), Controlled Demolition, Inc. ("CDI"), and Marine Technology Solutions, LLC (together "the parties"), move to extend the deadline to file a motion for preliminary approval of the class action settlement in this case up to and including December 4, 2023 stating in support as follows:

1.      On September 21, 2023, the parties informed the Court that they had accepted the mediator's proposal to settle this lawsuit. Dkt. 234.

2.      The parties also informed the Court that they anticipated finalizing a written settlement agreement and filing a motion for preliminary approval by November 15, 2023. *Id.*

3.      The Court subsequently set a November 15, 2023 deadline to file a motion for preliminary approval. Dkt. 235.

4.      At the parties' request, the Court subsequently extended that deadline to November 30, 2023. Dkt. 237.

5.     The parties have worked out all remaining issues with respect to the settlement agreement, they have prepared notice documents with the assistance of a Claims Administrator, and Plaintiffs have prepared a motion for preliminary approval. The parties request a short extension to allow sufficient time for all parties to sign the settlement agreement and for Plaintiffs to then file the motion for preliminary approval.

6.     The parties believe that they can obtain all necessary signatures and then file the motion for preliminary approval by no later than December 4, 2023, and therefore request an extension until that date.

WHEREFORE, the parties respectfully request that the Court grant their request to extend the deadline for filing a motion for preliminary approval to December 4, 2023.

Dated: November 30, 2023

Respectfully Submitted,

/s/ Scott Rauscher
Scott Rauscher
Jon Loevy
Michael Kanovitz
Steve Art
Danielle Hamilton
Renee Spence
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
Telephone: (312) 243-5900
scott@loevy.com
*Attorneys for Plaintiffs*

/s/ Bradley H. Weidenhammer, P.C.
Bradley H. Weidenhammer, P.C.
Brendan E. Ryan
Sarah K. Angelino
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: +1 312 862 2000
bradley.weidenhammer@kirkland.com
brendan.ryan@kirkland.com
*Attorneys for Defendants Hilco Redevelopment LLC, HRE Crawford LLC, and HRP Exchange 55 LLC*

/s/ Edward A. DeVries
Edward A. DeVries
Sean Wagner
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
55 W. Monroe St., Suite 3800
Chicago, IL 60603
(312) 821-6151
edwarddevries@wilsonelser.com
*Attorney for MCM Management*

/s/ Scott Pfeiffer
CRAY HUBER HOSTMAN HEIL & VANAUSDAL LLC
303 West Madison Street Suite 200
Chicago, Illinois 60606
Phone: (312) 332-8450
Fax: (312) 332-8451
*Attorneys for Controlled Demolition, Inc.*

2

*Corp.*

[s] Thomas Lyman

Thomas J. Lyman, III
SMITH AMUNDSEN LLC
150 N. Michigan Avenue
Suite 3300
Chicago, Illinois 60601
Phone: (312) 894-3241

*Attorneys for Marine Technology Solutions LLC*