```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE
       NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
 2                  HON. MARTHA M. PACOLD,
                       DISTRICT JUDGE
 3                 HON. SUNIL R. HARJANI,
                      MAGISTRATE JUDGE
 4                    NO. 20 CV 2348


 5
    ANTONIO SOLIS, JOSE SOLIS, AND JUAN RANGEL, INDIVIDUALLY
 6                  AND ON BEHALF OF ALL
                  OTHER SIMILARLY SITUATED,
 7                       Plaintiffs

 8
                             V.
 9

10  HILCO REDEVELOPMENT LLC, HRE CRAWFORD LLC, HRP EXCHANGE
                         55 LLC, MCM
11    MANAGEMENT CORP., CONTROLLED DEMOLITION, INC., AND
                       MARINE TECHNOLOGY
12                      SOLUTIONS LLC,
                         Defendants
13

14                           AND


15
             JENKINS ENVIRONMENTAL SERVICES,
16                 Third-Party Defendant

17

18

19

20

21

22

23

24  DEPONENT: RAYMOND ZUKOWSKI
    DATE:     FEBRUARY 6, 2023
25  REPORTER: LINDSAY LARSON-TODD
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT E

1 the ground for.
2     Q    But to your knowledge, they did soak the
3 ground?
4     A    Yes, they had the water trucks running and the
5 DustBosses running.
6     Q    Okay. So after the implosion, was the amount
7 of dust that was generated more than you expected?
8     A    No, not at all.
9     Q    Was it less than you inspect -- expected?
10     A    It was exactly what I expected it to be.
11     Q    And the dust generated from the implosion
12 migrated off-site, correct?
13     A    Yes.
14     Q    And are you aware of how far off-site the dust
15 migrated?
16     A    No, I'm not.
17     Q    Did you expect that dust would migrate
18 off-site after the chimney was demolished?
19     MR. DEVRIES: Objection. Asked and answered.
20     A    Correct. Just it's all a function of which
21 way the wind's going to blow. Had the wind been out of
22 a different direction, it would've never went that way.
23 I didn't give it -- I honestly didn't give it any
24 thought. The perimeter was secure, and we proceeded with
25 the shot.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT E