* An official website of the City of Chicago  Here's how you know



MENU

Home / Site Monitoring and Test Results

# Site Monitoring and Test Results

We understand Chicagoans in every neighborhood are concerned about air quality, especially in communities with a history of industrial activity, like Little Village. The City of Chicago is committed to keeping residents safe and healthy and will hold anyone violating clean air laws accountable. That is why we worked in partnership with US Environmental Protection Agency and Illinois Environmental Protection Agency to monitor air quality and dust in the area of the Crawford Site, both after the implosion of the Crawford smokestack and until all demolition of the Crawford site was complete.

Testing of air, dust and soil was conducted by two governmental agencies following the demolition by implosion:

- Chicago Department of Public Health (CDPH)
- US Environmental Protection Agency (US EPA)

## Dust Monitoring

Chicago Department of Public Health (CDPH) installed 7 dust monitors around the perimeter of the site and in the neighborhood. The monitors measured particulate matter, including PM$_{10}$ and PM$_{2.5}$, from 7 am to 7 pm every day for eight months. View monitor locations here and read daily reports here.

Because this was a public health concern, the particulate action levels were based on the NAAQS value of 150 µm/mg3 PM10. An exceedance of the 5-minute action level was used as an indicator that dust could be leaving the site and, therefore, prompted extra dust control measures, such as wetting the area.

CDPH also installed Purple Air sensors at City properties in the neighborhood around Crawford between April 21 and April 24, 2020 to provide continuous, real-time measurements of particulate matter.  A map of the locations is available here and results for the WiFi connected sensors are available here.

## Past Testing and Monitoring





After the building implosion on April 11th, testing of air, dust and soil was conducted by 2 governmental agencies following the demolition by implosion:

- Chicago Department of Public Health (CDPH)
- US Environmental Protection Agency (USEPA)

### Test results showed the following:

| Air Quality – Particulate Matter | Settled Dust Composition |
|---|---|
| ***Testing done by CDPH and the US EPA.***<br><br>US EPA dust sensors' readings in the days following the implosion did not show sustained exceedances of the Agency's health-based national air quality standards.  More specifically, the Illinois ambient network (i.e., the air | ***Testing done by CDPH. Analysis and validation by a non-governmental third-party agency.***<br><br>**No asbestos was detected** in dust samples taken in the vicinity of the dust cloud. |



monitoring network maintained by the Illinois EPA) and the US EPA trackers indicate that there were no PM NAAQS (National Ambient Air Quality Standard) violations during or since the event. US EPA measured for particulate matter (PM 2.5 and PM 10). Learn more about the NAAQS here. See daily reports from US EPA dust monitors here.

To learn more about the US EPA's past and ongoing work in Chicago's Little Village neighborhood, please visit the US EPA website.

SUMMA canisters installed by CDPH detected low levels of volatile organic compounds (VOC's) and we are reviewing these results with experts to better understand potential sources and impacts and compare to background levels found in the air, both in Little Village and across the city.

This is consistent with our expectations. The smokestack was sampled well before the implosion to confirm there was no asbestos present, and also after the implosion which further confirmed that there was no detection of asbestos. That information is also consistent with the results of the wipe samples that were taken, which likewise did not detect asbestos.

**Small concentrations of metals (lead and barium) were found** in dust samples taken in the vicinity of the dust cloud, **at levels that pose little health risk** to residents. (See "What The Test Results Are And What They Mean" section for more information about this)

### Crawford Site Soil Composition

*Testing done by CDPH. Analysis and validation by a non-governmental third-party agency.*

Metals (lead, barium and arsenic) and Polychlorinated Biphenyls (PCBs) were found in soil samples taken from near the stack **consistent with expectations** for this kind of site.

CDPH will continue to monitor the site and perform sampling. The metals and PCBs are part of IEPA's overall cleanup oversight through the IEPA's Site Remediation Program. This work started in 2018 and will continue until future buildings, roads and grassy areas are installed. The public can track the project on the IEPA Site Remediation Program here. *Search for "Crawford Station" in the Site Name Filter Box.*

*(Please note that additional testing and analysis will be conducted by US EPA and Chicago Department of Public Health in the coming days and updates will be shared here when available. Air and dust monitoring will continue throughout the demolition phase.)*

## More Information

Click on the links below to learn more about what was tested, where samples were taken from, what results we found and what it means.

| What We Tested | + |
| --- | --- |
| Where We Took Samples | + |
| What We Were Looking For | + |
| What the Test Results Are And What They Mean | + |
| How To Reduce Your Family's Exposure to Dust | + |



 City of Chicago