**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTONIO SOLIS, JOSE SOLIS, and JUAN RANGEL, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No. 20-CV-2348 |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) ) | Hon. Young B. Kim, Magistrate Judge |
| HILCO REDEVELOPMENT LLC, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

---

**DECLARATION OF JACOB KAMENIR IN SUPPORT OF PLAINTIFF'S MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

---

I, JACOB KAMENIR, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am the Senior Director of Notice at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator located in Costa Mesa, California.

2.      Simpluris submits this declaration in support of Plaintiff's Motion for Final Approval of Class Action Settlement.

**<u>NOTICE ADMINISTRATION</u>**

3.      As stated in the Declaration of Jacob Kamenir filed on December 1, 2023, the Notice Program was designed to use overlapping media channels to reach the maximum number of Class Members.

4.      *CAFA Notice.* On December 14, 2023, Simpluris mailed and emailed notifications to relevant state Attorneys Generals pursuant to the Class Action Fairness Act of 2005 and 28 U.S.C. § 1715.

5.     *Notice Data.*  To create a mailing list, Simpluris acquired the names and addresses of all Class Members who owned or leased residential or commercial property within the Class Boundaries on April 11, 2020.  Due to technical limitations of geo-locating addresses within the specific street and intersection borders of the Class Boundaries, Simpluris acquired the names and addresses for individuals who owned or leased property within the 60623 ZIP Code, which is somewhat larger than and contains the area within the Class Boundaries.

6.     This data acquisition, which occurred on December 29, 2023, resulted in 90,543 records of individuals who owned or leased property on April 11, 2020, associated with 20,415 unique addresses within the 60623 ZIP Code ("Demo Address").  Upon review of the received data, it was deemed impractical to parse out the addresses outside of the street and intersection borders of the Class Boundaries prior to the initial January 11, 2024, Notice Date due primarily to the estimated manual effort involved and the associated risks and potential unintentional exclusion of potential Class Members as a result of those manual efforts.  Based on the available data, Simpluris estimates that 26.9% of the Demo Addresses within the 60623 ZIP Code are outside of the Class Boundaries. To ensure direct notice went to as many Class Members as possible, it was decided in consultation with Class Counsel that being somewhat overinclusive by sending notice to all unique addresses in the relevant zip code was preferable to being underinclusive.

7.     After additional analysis and standard data hygiene efforts, including updating the current mailing address ("Current Address") information via the USPS National Change of Address ("NOCA") database, processing records through the USPS Coding Accuracy Support System ("CASS") and Locatable Address Conversion System ("LACS"), Simpluris identified 89,867 records with mailable Current Addresses.

8.      As part of this analysis, Simpluris also identified that Lead Plaintiff Juan Rangel was not present in the data.  Mr. Rangel's mailing address was acquired via Plaintiff's Counsel and added to the database.

9.      On January 11, 2024, Simpluris mailed the Notice of the Settlement to all 89,868 identified mailing records as a double-sided postcard via the United States Postal Service ("USPS").  An example of the double-sided postcard is attached here as **Exhibit A**.

10.      *Additional Notice Data.*  The absence of Mr. Rangel's mailing address in the initial data set prompted additional research into whether other records may be missing.  Upon investigation and review, an additional 1,932 unique records of individuals who owned or leased property on April 11, 2020 were located that were previously inadvertently excluded from the collection criteria due to consumer-level filtering (i.e. persons who may have elected to not receive certain types of mailings).

11.      On February 1, 2024, Simpluris mailed the Notice of Settlement to these additional 1,932 mailing records as a double-sided postcard via the United States Postal Service ("USPS").

12.      As of April 12, 2024, 14,539 Notice of Settlement postcards have been returned to Simpluris as undeliverable.  Of the pieces returned, 6,698 included forwarding address information or were updated with new addresses as a result of skip trace address research and the notices were promptly remailed to the updated addresses.

13.      *By Request Mailings.*  As of April 12, 2024, Simpluris has mailed 11 Long Form Notices to individuals who submitted requests via the toll-free line or email inbox.

14.      *Door Hangers.*  Simpluris also implemented an abbreviated form of notice that was placed on the doors of all accessible addresses within the Class Boundaries in the form of door

hangers. These door hangers used both English and Spanish to direct Class Members to the Settlement Website. A design proof of the door hanger notice is attached here as **Exhibit B**.

15.     Simpluris acquired 30,000 door hangers to be printed and distributed door-to-door within the Class Boundaries and scheduled to commence on January 12, 2024. Due to severe local weather starting on January 12, 2024, and lasting through the following week, the door hanging campaign was not completed until January 16, 2024.

16.     *Publication Notices.* In addition to the above direct notice efforts, Simpluris executed the publication notice program including:

     a. *Press Release.* Based on the content of the Notice of Settlement, a Press Release was drafted and published on January 11, 2024. The Press Release is attached here as **Exhibit C**.

     b. *Print Ads.* Based on the content of the Notice of Settlement and Long Form Notices, print ads were published in English in The Chicago Tribune and in Spanish in La Raza on January 11, 2024. The print ads are attached here as **Exhibit D**.

     c. *Online Ads.* The following campaigns consisted of social media ads and programmatic banner ads optimized to drive visitors to the website over the course of the claim filing period commenced on January 11, 2024:

          i. *Facebook/Instagram.* As of April 12, 2024, Facebook/Instagram Ads have generated 376,702 impressions and 1,108 clicks. An example of a Facebook/Instagram ad is attached here as **Exhibit E**.

          ii. *Banner Ads.* As of April 12, 2024, Banner Ads have generated 66,694 impressions and 176 clicks. An example of a Banner Ad is attached here as **Exhibit F**.

17.     *Community Event.*  Simpluris assisted the coordination of a community event with Lead Plaintiff Juan Rangel and Class Counsel.  Lead Plaintiff Juan Rangel arranged for the community event to be held at St. Agnes of Bohemia, 2651 S Central Park Ave, Chicago, IL 60623 from 8:00 a.m. to 6:30 p.m. on Sunday, February 25, 2024.  Class Counsel joined a Simpluris representative and two certified translators to engage with churchgoers and community members to provide information about the Settlement, discuss relevant deadlines and class qualifications, and to facilitate online and paper claim filing.  370 online claims and 11 paper claims were filed at the community event.

18.     *Settlement Website.*  The Settlement Website, www.LittleVillageSmokestack.com, was launched on January 11, 2024, and contained a Home page, a Frequently Asked Questions page, an Important Documents page providing downloadable documents (including the Class Action Complaint, Settlement Agreement, Preliminary Approval Order, Class Boundaries Map, Long Form Notice, Long Form Notice (Spanish), Short Form Notice & Claim Form, Claim Form, and Claim Form (Spanish)), an Important Documents page, a Contact page, and an accessible and prominently displayed online module (the "Submit a Claim" page) for users to electronically submit claims.  All pages and functionalities were made available in both English and Spanish. As of April 12, 2024, there have been 1,318,078 page views and 699,372 unique visitors to the Settlement Website.

19.     *P.O. Box.*  The Settlement P.O. Box was established prior to January 11, 2024.  As of April 12, 2024, five (5) correspondences have been received to the Settlement P.O. Box and all correspondences requiring a response have been responded to.

20. *Email Inbox.* The Settlement email inbox was established prior to January 11, 2024. As of April 12, 2024, 83 emails have been received and all correspondences requiring a response have been responded to.

21. *Toll-free Support Line.* The Settlement toll-free line was established prior to January 11, 2024, and contained an interactive voice recording (IVR) providing answers to frequently asked questions and the option to speak with a live agent. As of April 12, 2024, there have been 139 calls to the toll-free line and 119 of those calls have been routed to speak with a live agent.

22. *Claims.* Class Members had until March 26, 2024, to submit a claim to the Settlement. As described in more detail below, a total of 21,626 valid claim forms were submitted. The three methods of submission included:

    a. *Paper Claim Forms.* Downloadable English and Spanish 3-page versions of the Claim Form were made available on the Settlement Website for Class Members to complete and mail to the Settlement P.O. Box ("Paper Claim Form"). As of April 12, 2024, Simpluris has received 105 timely Paper Claim Form submissions and three (3) late Paper Claim Form submissions. Late Paper Claim Form submissions are processed as invalid.

        i. Of the 105 timely Paper Claim Form submissions, Simpluris processed 75 as valid and 30 as invalid for Personal Injury Claims. *See* Paragraph 23 below for Property Damage claim information.

    b. *Postcard Claim Forms.* The Notice of Settlement double-sided postcard mailings contained a tear-away form with pre-paid postage for recipients to complete and mail to the Settlement P.O. Box ("Postcard Claim Form"). As of April 12, 2024,

Simpluris has received 3,023 timely Postcard Claim Form submissions and 65 late

Postcard Claim Form submissions. Late Postcard Claim Form submissions are

processed as invalid.

    i. Of the 3,023 timely Paper Claim Form submissions, Simpluris processed

        2,154 as valid and 869 as invalid for Personal Injury Claims. *See* Paragraph

        23 below for Property Damage claim information.

c. *Online Claim Forms.* The Settlement Website contained an English and Spanish

    "Submit a Claim" module for Class Members to electronically complete and submit

    a claim form ("Online Claim Form"). As of April 12, 2024, Simpluris has received

    608,898 timely Online Claim Form submissions. Following the March 26, 2024

    Claims Deadline, the "Submit a Claim" module was closed on the Settlement

    Website.

d. *Claims Evaluation and Processing.*

    i. Although the exact class size is unknown, available data suggests that

        approximately 70,000-100,000 residents live within the Class Boundaries

        *See* Paragraph 5 above, noting that approximately 74% of the 90,000 plus

        known addresses were within the Class Boundaries; *see also* Little Village

        Environmental Justice Organization Report[1] (estimating 100,000 residents).

        The Class also potentially includes individuals who were present within the

        Class Boundaries the day of the implosion but who lived outside of the

        boundaries. Given the timing of the implosion, on a weekend morning soon

---

[1] Little Village Environmental Justice Organization Report available at http://www.lvejo.org/wp-content/uploads/2022/04/LV-Report-FINAL.pdf

after COVID lockdowns were first introduced 2020, we would expect that a relatively small number of Class Members fall into the category of visitors to the neighborhood, and that the overwhelming number of Class Members will be area residents.

ii. As described above, Simpluris carried out the thorough, Court-approved notice plan in this case. We are also aware that the case received significant media attention.

iii. In addition to the Court-approved notice plan, we have learned that certain websites promoting class action settlements highlighted this settlement, which provided exposure of the settlement to many individuals who are not Class Members. Perhaps because of this exposure, more than 600,000 claims were filed.

iv. Notably, Simpluris received 5,243 Online Claim Forms through the first three weeks of the claim filing period, averaging approximately 1,700 claims received per week which projected to an expected total of approximately 19,000 claims by the end of the claims filing period. However, starting on February 3, Simpluris received a sharp increase in Online Claim Form Submissions, averaging approximately 45,000 submissions per week for the next five weeks and approximately 126,000 submissions in the final three weeks of the claims filing period.

v. Given the estimated population of the Class Boundaries, it is clear that a significant number of the claims filed in this case are not valid. Simpluris has analyzed the claims to ensure that only valid claims are filed such that

Class Members' claims are not diluted by payments to non-Class Members. This analysis, which is still subject to a quality assurance check, has resulted in the following observations and recommendations with respect to the claims:

1. *Invalid Claims.* Of the 608,898 submitted Online Claim Forms, Simpluris processed 425,147 claims as facially invalid for Personal Injury Claims and 164,354 claims as invalid for Personal Injury Claims due to fraud prevention measures.

   a. The disqualifying characteristic of facially invalid claims is the claimed or inferred Demo Address. If a claimant provided only a current mailing address, and that current mailing address is located outside of the Class Boundaries, then their claim is deemed facially invalid. Moreover, if a claimant explicitly provided an address that they resided at on April 11, 2020, and that address is located outside of the Class Boundaries, then their claim is deemed facially invalid.

   b. The disqualifying characteristic of claims invalided due to fraud prevention measures is the identification of multiple "suspect" data points provided within a single claim and in relation to other submissions. Data points considered as part of the multi-factor process include claimant name(s), mailing addresses, email addresses, IP addresses, uniqueness

of or frequency of claimed addresses, accuracy and detail of claimed addresses, and time/method of submission. Moreover, none of the claims invalidated due to fraud prevention measures are able to be matched to an original double-postcard notice mailing. Two example scenarios of claims invalided as part of this process include:

    i.   ~77k claims identified with suspect name, mailing address, and email combinations that were identified to have been submitted with the same Demo Address nine or more times (for these purposes, a multi-unit building would be counted as multiple separate addresses). ~9k of these claims were associated with 20 or more submissions with identical Demo Addresses, with the highest frequency submission topping out at 76 submissions.

    ii.   Clusters of 20-30 claims that submitted on the same day with identical property damage descriptions (exact full sentence/paragraph matching) but differing claimed Demo Addresses.

2. *Facially Valid Claims.* Of the 608,898 submitted Online Claim Forms, Simpluris processed 19,397 claims as valid. These claims include a claimed Demo Address that is within the Class Boundaries

and/or are directly linked to an original postcard notice mailing. *See* Paragraph 23 below for Property Damage claim information.

23. *Property Damage Claims.* Of the 21,626 claims processed as valid, 745 include a Property Damage Claim, totaling approximately $2.39 million of claimed property damage. 45 of these 745 claims, totaling approximately $609,000.00 of claimed property damage, included supporting documentation along with the required description of property damages. Simpluris is currently reviewing these claims and anticipates final dispositions to be available by April 22, 2024.

24. *Quality Assurance.* Along with finalizing Property Damage Claims processing, Simpluris is expected to finalize standard de-duplication and quality assurance measures by April 22, 2024. The claim-related counts and figures in Paragraphs 22 and 23 are not expected to change substantially, or at all, as a result of quality assurance measures.

25. *Holdback to supplement claims analysis and quality assurance check.* As noted above, Simpluris has conducted a significant amount of work to ensure that all Class Members who filed valid claims will receive payment in this case. Given the significant volume of claims, it is possible that some valid claims might have inadvertently been deemed invalid, including claims for Class Members who did not live within the Class Boundaries but were present on April 11, 2020. To account for that possibility, Simpluris, with Class Counsel's approval, recommends holding back $50,000.00 from the initial distribution to Class Members. This money would be used to satisfy personal injury claims, if any, from Class Members who contact Simpluris and provide evidence that their claim was improperly denied. The holdback will reduce each Class Member's payment by just over $2.00, and it will allow for up approximately 185 additional Class

Members to potentially receive payment based on the current estimated value of a personal injury claims.

26. *Opt Outs.* Class members had until February 26, 2024, to file an Opt Out to the Settlement. As of April 12, 2024, thirteen (13) opt outs have been received by Simpluris.

27. *Objections.* Class Members had until February 26, 2024, to file an Objection to the Settlement. As of April 12, 2024, no Objections have been received by Simpluris.

28. *Settlement Administration Expenses.* Simpluris's final estimation of Settlement Administration Expenses is $291,097.00. Categorical breakdowns of estimated total costs here:

| | | |
|---|---|---:|
| Case Setup | $ | 6,320.00 |
| Notice and Communications | $ | 143,842.00 |
| Inbound Call Center | $ | 11,186.00 |
| Administration | $ | 104,033.00 |
| Award Disbursement | $ | 34,661.00 |
| Case Completion | $ | 1,055.00 |
| Less Unexpected Volume Discount | $ | (10,000.00) |
| **Estimated Total Settlement Administration Expenses** | **$** | **291,097.00** |

29. This final estimate of total costs is an increase of $2,122.00 from the previous estimate provided in Simpluris's *Declaration of Jacob Kamenir in Support of Plaintiffs' Motion for Attorney's Fees and Reimbursement of Costs* filed on February 9, 2024. The price increase was driven by the continued increase in volume of received claims and the associated custom fraud prevention measures and mass claim protocols deployed to ensure efficient processing of claims.

30. *Current expected value of personal injury claims.* As noted above, analysis continues with respect to the value of valid property damage claims. Assuming that the full $1,000,000.00 allocated to property-damage claims is exhausted by valid claims for property damage, Simpluris estimates that each claimant who submitted a valid personal injury claim will

receive approximately $270.00. This assumes that the Court grants Plaintiffs' request for attorney's fees, incentive awards, and expenses and was calculated using the following formula:

| | |
|---|---|
| Gross Fund Value (GFV) | $ 12,250,000.00 |
| Less Litigation Expenses | $ (85,709.70) |
| Less Settlement Administration Expenses | $ (291,097.00) |
| **Amount available to Class after Litigation and Settlement Administration Expenses** | **$ 11,873,193.30** |
| Less Fee Award (1/3rd of GFV after deducting Litigation and Settlement Administration Expenses) | $ (3,957,731.10) |
| Less Incentive Awards | $ (15,000.00) |
| Less (Estimated) Amount allocated to Property Damage Claims | $ (1,000,000.00) |
| Less Proposed Holdback | $ (50,000.00) |
| **(Estimated) Amount available for Personal Injury Class** | **$ 6,850,462.20** |
| **(Estimated) Amount per Personal Injury Claim (assuming 21,626 valid claims)** | **$ 316.77** |

31.     Simpluris anticipates that payment to Class Members will be sent within 60 days of the Effective Date of the Settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 15, 2024

_____

Jacob J. Kamenir

**Exhibit A**

A proposed settlement has been reached in a class action lawsuit claiming that Hilco Redevelopment, LLC, HRE Crawford, LLC, and HRP Exchange 55, LLC (collectively "Hilco"), MCM Management Corporation, and Controlled Demolition, Inc. (and Manufacturing Technology Solutions) (collectively, the "Defendants") caused damage when they demolished a smokestack on April 11, 2020, at the former Crawford Coal Plant, which was located at 3501 S. Pulaski Rd., Chicago, IL 60623. The settlement doesn't decide who is right, but rather is a compromise to end the lawsuit and avoid the uncertainties and costs associated with a trial.

**Why am I being contacted?** The settlement allows individuals who were present, or owned real or personal property within the following boundaries on April 11, 2020 to file a claim for payment from the settlement: from 33rd St. and Kedzie Avenue, west to 33rd St. and Kilbourn Avenue, north to Kilbourn Avenue and Cermak Road, east to Cermak Road and Ogden Avenue, northeast to Ogden Avenue and California Avenue, south to 26th St. and California Avenue, west to 26th St. and Sacramento Avenue, south to Sacramento Avenue and 31st St., west to 31st St. and Kedzie Avenue, south to 33rd St. & Kedzie Avenue. These boundaries are known as the Class Boundaries. Our records indicate that you may have lived in or owned real or personal property within the Class Boundaries on April 11, 2020, and therefore you may have the right to share in the settlement. More information about the class and the settlement is available at www.LittleVillageSmokestack.com.

**What can I get out of the settlement?** If the Court approves the settlement, Class Members who submit valid claims will receive a cash payment from the Settlement Fund. The Settlement Fund is $12,250,000.00. The settlement provides for two separate Classes. One is for individuals who were present in the Class Boundaries on April 11, 2020, and are presumed to have suffered personal injuries. The second is for individuals who file a valid claim for damage to their real or personal property and are entitled to recover the value of the actual documented damages, subject to a pro rata reduction if the total amount of property claims exceed $1,000,000.00. Individuals who file valid personal injury claims will be paid a pro rata share of the remaining funds available to the class, which are estimated to be at least $7,000,000.00.

**How do I get my payment?** You just need to complete and verify a short and simple Claim Form, which is attached and available at www.LittleVillageSmokeStack.com. The Claim Form has two options. Select the first option if you want to file a claim for personal injury. The claim form does not require additional proof to recover for personal injury. Select the second option if want to file a claim for property damage. You will need to provide some evidence to support your claim for property damage, such as receipts or a detailed description of the property damage. If your property was damaged and you also qualify for a personal injury claim, you may select both options. You may later be asked to provide additional documents or information to support your claim. *All Claim Forms must be received by March 26, 2024.* You may also submit a claim form in person at a community outreach event. Please call 877-272-4962 or check the Class website, www.LittleVillageSmokestack.com, for details about when and where these events will take place. The Class website also has more information about the timing for payment of claims.

**What are my options?** You can do nothing, submit a Claim Form, comment on or object to any of the Settlement terms, or exclude yourself from the Settlement. If you do nothing or submit a Claim Form, you won't be able to sue Defendants in a future lawsuit about the claims resolved in the Settlement. If you exclude yourself, you won't get a payment but you'll keep your right to sue Defendants on the issues the Settlement resolves. You must contact the Claims Administrator by mail to exclude yourself. You can also object to the Settlement if you disagree with any of its terms. All Requests for Exclusion and Objections must be received by February 26, 2024. Go to www.LittleVillageSmokeStack.com for complete details about all of your rights and options and how to exercise them.

**Who represents me?** The Court has appointed lawyers from the firm Loevy & Loevy to represent you as "Class Counsel." The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. Antonio Solis, Jose Solis, and Juan Rangel – class members like you – have been appointed by the Court as the "Class Representatives."

**When will the Court approve the settlement?** The Court will hold a final approval hearing on April 22, 2024 at 9:30 a.m. before the Honorable Judge Sunil R. Harjani in Courtroom 1858 of the Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, 60604. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses of up to $4,250,000.00 and incentive awards, which if granted, will be paid out of the Settlement Fund. Class Counsels' request for fees and an incentive award will be posted on www.LittleVillageSmokestack.com.

This notice summarizes the proposed Settlement. For the precise terms and conditions of the settlement, please see the Settlement Agreement available at www.LittleVillageSmokestack.com, contact Class Counsel at 312-243-5900, through the Court's online electronic full case docket search at ecf.ilnd.uscourts.gov, or visit the office of the Clerk of the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St. Chicago, IL 60604, between 8:30 a.m. and 4:30 p.m., Monday through Friday, excluding Court holidays.

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 47  COSTA MESA  CA

POSTAGE WILL BE PAID BY ADDRESSEE

*Little Village Smokestack Settlement*
**PO Box 25191**
**Santa Ana, CA 92799**



**Little Village Smokestack Settlement**
**P.O. Box 25191**
**Santa Ana, CA 92799**

PRSRT STD
FIRST CLASS
U.S. POSTAGE
PAID
SIMPLURIS INC

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

*Solis, et al. v. Hilco Redevelopment LLC, et al.*, No. 20-cv-02348 (N.D. Ill.)

**If you or your property were impacted by the demolition of the smokestack at the former Crawford Coal Plant in Chicago's Little Village neighborhood in April 2020, you may be entitled to a cash payment.**

*A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

**CLASS MEMBER UNIQUE ID:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CLASS MEMBER UNIQUE ID:**

## CRAWFORD COAL PLANT SMOKESTACK CLAIM FORM

**Instructions:** Fill out the top section of this form, choose Option One if you were present in the Class Boundaries on April 11, 2020, Option Two if your real or personal property was damaged as a result of the demolition of the smokestack demolition on April 11, 2020, or both if you qualify for both categories. Then sign where indicated. If you submit a claim for property damage, you must provide proof. Accepted proof may include a detailed description of the type and amount of damage to your property, or receipts showing the amount of damage. You may submit pictures to help document the damage to your property.

First Name _____ Last Name _____

Street Address _____

City _____State _____ ZIP Code _____

Phone _____ Email _____

Address as of April 11, 2020 (If different than current address) _____

**YOU MUST PROVIDE ALL OF THE INFORMATION ABOVE AND <u>SIGN</u> THIS CLAIM FORM. YOUR CLAIM FORM MUST BE POSTMARKED OR SUBMITTED ONLINE BY MARCH 26, 2024.**

☐    **Option One (personal injury claim):** I affirm that I was present within the Class Boundaries on April 11, 2020.

☐    **Option Two (property damage claim):** I affirm that my real or personal property was damaged as a result of the smokestack demolition on April 11, 2020, in the amount of $_____. I affirm that the following description of the damaged property is true and accurate:

_____

_____

_____

*If available, please attach any documentation that supports your description of property damage, such as receipts and pictures.*

By submitting this Claim Form, I declare, under penalty of perjury under the laws of the United States of America, that I believe I am a member of the Settlement Class, that the information provided above is true to the best of my knowledge, and any proof attached is true and accurate.

Signature _____ Date (MM-DD-YY): ____ - ____ - ____

**Exhibit B**

---

# IF YOU LIVED HERE ON APRIL 11, 2020, YOU MAY BE ENTITLED TO A CASH PAYMENT FROM A CLASS ACTION SETTLEMENT

# SI VIVIÓ AQUÍ EL 11 DE ABRIL DE 2020, PUEDE TENER DERECHO A UN PAGO EN EFECTIVO DE UN ACUERDO DE DEMANDA COLECTIVA

*A court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

**There is absolutely no cost to participate or submit a claim.**

**Information about this case is available on the other side of this notice.**

**COMMUNITY OUTREACH EVENTS TO ANSWER YOUR QUESTIONS AND HELP YOU FILE YOUR CLAIM ARE COMING!**

**Please scan the QR code or go to**
**www.LittleVillageSmokestack.com**
**for times, dates, and locations:**



---

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

*Solis, et al. v. Hilco Redevelopment LLC, et al.*
*No. 20-cv-02348 (N.D. Ill.)*

### *A court authorized this notice.  You are not being sued.*
### *This is not a solicitation from a lawyer.*

A settlement has been reached in a case brought after the April 11, 2020, demolition of the Crawford Coal Plant.  The settlement allows individuals who were present, or owned real or personal property, in the affected area to file a claim and receive a cash payment.  These people are called the Class, or Class Members.

If you lived here on April 11, 2020, you are a Class Member and have the right to file a claim and get a share of the settlement as a cash payment.

If your property was damaged by the demolition, you may also have the right to a larger cash payment.

### *You must file a claim to receive a cash payment*.

There is absolutely no cost to participate in the settlement or submit a claim.  You do not have to hire a lawyer because the court has already appointed the law firm of Loevy & Loevy to represent the Class, at no cost to you.

Community outreach events will be held nearby to answer your questions and help you file your claim.  Spanish translators will be available at the community outreach events.  The times, dates, and locations for these events will be posted on the class website:

### www.LittleVillageSmokestack.com

Complete information about this settlement, your rights, and your options are also available on the class website in English and Spanish.  The class website also has an interactive map of the affected area.

If you want to talk to someone, you can call **877-272-4962** to get answers to your questions in English or Spanish.

Please scan the QR code to go directly to
### www.LittleVillageSmokestack.com



**Exhibit C**

# If you or your property were impacted by the demolition of the smokestack at the former Crawford Coal Plant in Chicago's Little Village neighborhood in April 2020, you may be entitled to a cash payment



NEWS PROVIDED BY

**Simpluris Inc.** ➞
Jan 11, 2024, 16:00 ET

*A court authorized this Notice. This is not a solicitation from a lawyer.*

COSTA MESA, Calif., Jan. 11, 2024 /PRNewswire/ -- Simpluris Inc. announces that a proposed settlement has been reached in a class action lawsuit claiming that Hilco Redevelopment, LLC, HRE Crawford, LLC, and HRP Exchange 55, LLC (collectively, "Hilco"), MCM Management Corp., Controlled Demolition, Inc., and Marine Technology Solutions LLC ("Defendants") acted improperly and caused damage when they demolished a smokestack on April 11, 2020, at the former Crawford Coal Plant, which was located at 3501 S. Pulaski Rd., Chicago, IL 60623. The settlement doesn't decide who is right, but rather is a compromise to end the lawsuit and avoid the uncertainties and costs associated with a trial.

The settlement allows individuals who were present, or owned real or personal property within the following boundaries on April 11, 2020 to file a claim for payment from the settlement: from 33rd St. and Kedzie Avenue, west to 33rd St. and Kilbourn Avenue, north to Kilbourn Avenue and Cermak Road, east to Cermak Road and Ogden Avenue, northeast to Ogden Avenue and California Avenue, south to 26th St. and California Avenue, west to 26th St. and Sacramento Avenue, south to Sacramento Avenue and 31st St., west to 31st St. and Kedzie Avenue, south to 33rd St. & Kedzie Avenue. These boundaries are known as the Class Boundaries. More information about the class and the settlement is available at **www.LittleVillageSmokestack.com**.

**What can I get out of the settlement?** If the Court approves the settlement, Class Members who submit valid claims will receive a cash payment from the Settlement Fund. The Settlement Fund is $12,250,000.00. The settlement provides for two separate Classes. One is for individuals who were present in the Class Boundaries on April 11, 2020, and therefore are presumed to have suffered personal injuries. The second is for individuals who file a valid claim for damage to their real or personal property and are entitled to recover the value of the actual documented damages, subject to a pro rata reduction if the total amount of property claims exceed $1,000,000.00. Individuals who file valid personal injury claims will be paid a pro rata share of the remaining funds available to the class, which are estimated to be at least $7,000,000.00.

**How do I get my payment?** You just need to complete and verify a short and simple Claim Form, which is available at **www.LittleVillageSmokeStack.com**. The Claim Form has two options. Select the first option if you want to file a claim for personal injury. The claim form does not require additional proof to recover for personal injury. Select the second option if want to file a claim for property damage. You will need to provide some evidence to support your claim for property damage, such as receipts or a detailed description of the property damage. If your property was damaged and you also qualify for a personal injury claim, you may select both options. You may later be asked to provide additional documents or information to support your claim. *All Claim Forms must be received by March 26, 2024.* You may also submit a claim form in person at a community outreach event. Please call 877-272-4962 or check the Class website, **www.LittleVillageSmokestack.com**, for details about when and where these events will take place. The Class website also has more information about the timing for payment of claims.

**What are my options?** You can do nothing, submit a Claim Form, comment on or object to any of the Settlement terms, or exclude yourself from the Settlement. If you do nothing or submit a Claim Form, you won't be able to sue Defendants in a future lawsuit about the claims resolved in the Settlement. If you exclude yourself, you won't get a payment but you'll keep your right to sue Defendants on the issues the Settlement resolves. You must contact the Claims Administrator by mail to exclude yourself. You can also object to the Settlement if you disagree with any of its terms. All Requests for Exclusion and Objections must be received by February 26, 2024. Go to **www.LittleVillageSmokeStack.com** for complete details about all of your rights and options and how to exercise them.

**Who represents me?** The Court has appointed lawyers from the firm Loevy & Loevy to represent you as "Class Counsel." The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. Antonio Solis, Jose Solis, and Juan Rangel – class members like you – have been appointed by the Court as the "Class Representatives."

**When will the Court approve the settlement?** The Court will hold a final approval hearing on April 22, 2024 at 9:30 a.m. before the Honorable Judge Sunil R. Harjani in Courtroom 1858 of the Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, 60604. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses of up to $4,250,000.00 and incentive awards, which if granted, will be paid out of the Settlement Fund. Class Counsels' request for fees and an incentive award will be posted on **www.LittleVillageSmokestack.com**.

For more information, you may call 877-272-4962, email **info@littlevillagesmokestack.com**, or visit **www.LittleVillageSmokestack.com**.

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS MATTER**

SOURCE Simpluris Inc.

**Exhibit D**

## TAKE NOTICES

TO Ugwu Uche City of Chicago, City Clerk Lerner Legal, LLC, NA. Frederick M. Lerner Law Offices of Aaron Spivack Occupant, 950 N. Monticello, Chicago, IL 60651 Occupant, 950 N. Monticello, Chicago, IL 60651 Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202202200098 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold May 17, 2021 Certificate No. 19-0005269 Sold for General Taxes of (year) 2019 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 950 N MONTICELLO AVE, CHICAGO, IL 60651 Legal Description or Property Index No. 16-02-03-005-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 17, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 17, 2024 as provided in this notice. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 17, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099810

TO: LMPP LLC, Ax, Financial LLC, NA. Phil Lago in Occupant, 851 N. Monticello Ave, Chicago, IL 60651 IN, Financial LLC, c/o Illinois Secretary of State Life Center Church of Deliverance, RA. Sherri Smith Occupant, 851 N. Monticello Ave, Chicago, IL 60651 IN, Financial LLC, c/o Illinois Secretary of State City of Chicago, City Clerk Marguerite Bank, as Trustee of Trust Agreement dated January 7, 1997 and known as Trust Number 13972 Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202202200097 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold May 17, 2022 Certificate No. 19-0005093 Sold for General Taxes of (year) 2019 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 853 N MONTICELLO AVE, CHICAGO, IL 60651 Legal Description or Property Index No. 16-02-102-002-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 17, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 17, 2024 as provided in this notice. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 17, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099811

TO: Sophia M Williams Lonnie G. Holder Secretary of Housing and Urban Development City of Chicago, City Clerk Illinois Healthcare and Family Services Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200095 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold May 17, 2022 Certificate No. 19-0005099 Sold for General Taxes of (year) 2019 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 947 N TRUMBULL AVE, CHICAGO, IL 60651 Legal Description or Property Index No. 16-02-419-005-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 17, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 17, 2024 as provided in this notice. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 17, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099813

TO: Dorothy Ceby Occupant, 853 N. Trumbull, Chicago, IL 60651 Willie B. Ceby City of Chicago, City Clerk Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200096 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold May 17, 2022 Certificate No. 19-0005101 Sold for General Taxes of (year) 2019 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 853 N TRUMBULL AVE, CHICAGO, IL 60651 Legal Description or Property Index No. 16-02-422-002-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 17, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 17, 2024 as provided in this notice. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 17, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099815

## TAKE NOTICES

TO: Joyce A Robinson Trent Phipps Heirs of Lela F Phipps Nosa Phipps, a/k/a Rossa Phipps Secretary of Housing and Urban Development City of Chicago, City Clerk NHS Redevelopment Corporation, RA. Donna Clarke Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200073 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold November 9, 2021 Certificate No. 18-0002415 Sold for General Taxes of (year) 2018 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 655 W 60TH ST, CHICAGO, IL 60621 Legal Description or Property Index No. 20-08-219-002-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 9, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 9, 2024 as provided in this notice. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 9, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099987

TO: Lillie Mae Stevenson Locona Stevenson City of Chicago, City Clerk awerrette James Illinois Department of Revenue, Attn: David Harris, Director Tolis Partners Illinois Department of Revenue, Attn: Colin Bowes-Carlson, General Counsel Laverne Williams Occupant, Apt 1, 6300 S Peoria St, Chicago, IL 60621 Occupant, Apt 2, 6300 S Peoria St, Chicago, IL 60621 Laverne Managir Rant Collector, 5300 S Peoria St., Chicago, IL 60609 Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200099 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold November 9, 2021 Certificate No. 18-0002429 Sold for General Taxes of (year) 2018 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 6300 S PEORIA ST, CHICAGO, IL 60621 Legal Description or Property Index No. 20-17-407-024-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 9, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 9, 2024. This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on June 12, 2024 at 9:30 a.m. in Room 1704, Richard J Daley Center, 50 West Washington St., Chicago, Illinois which may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 9, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099991

TO: MD Seven LLC Tertisha Caldwell MD Seven, LLC, RA. National Registered Agents, Inc. Wesley Taylor MD Seven, LLC, c/o Illinois Secretary of State Occupant, 6737 S Throop St, Chicago, IL 60636 Robert Williams City of Chicago, City Clerk Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200093 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold November 9, 2021 Certificate No. 18-0001614 Sold for General Taxes of (year) 2018, 2017 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 6737 S THROOP ST, CHICAGO, IL 60636 Legal Description or Property Index No. 20-20-324-001-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 9, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 9, 2024. This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on June 12, 2024 at 9:30 a.m. in Room 1704, Richard J Daley Center, 50 West Washington Street, Chicago, Illinois 60602 You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 9, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099993



TO: B Y Gesheft LL COPRS Robbie Sheppard B. Y Gesheft, LLC, a/k/a B Y Gesheft, LLC, c/o Illinois Secretary of State Jamie Spinner B Y Gesheft, LLC, RA. John L. Malone, Jr. Occupant, 6440 S Marshfield Ave, Chicago, IL 60636 B Y Gesheft, LLC Jackyn Barton NHS Redevelopment Corporation, RA. Donna Clarke Yasmine Bibbie City of Chicago, City Clerk Sharon Taylor Occupant, 6436 S Marshfield Ave, Chicago, IL 60636 Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200094 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold November 9, 2021 Certificate No. 18-0001979 Sold for General Taxes of (year) 2018 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 6436 S MARSHFIELD AVE, CHICAGO, IL 60636 Legal Description or Property Index No. 20-19-421-040-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 9, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 9, 2024. This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on June 12, 2024 at 9:30 a.m. in Room 1704, Richard J Daley Center, 50 West Washington Street, Chicago, Illinois 60602 You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 9, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099993

## TAKE NOTICES

TO: Alvin Johnson Heirs of Ray Johnson, a/k/a Alvin Johnson City of Chicago, City Clerk ao1st South Evans Land Trust, Dozen Brown as Trustee, c/o The Wallis Law Firm, LLC, RA. La Coulton Wallis The Wallis Law Firm, LLC Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200088 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold November 8, 2021 Certificate No. 18-0003430 Sold for General Taxes of (year) 2018, 2017 1st and 2nd, 2016 1st and 2nd 2015 1st and 2nd, 2014 1st and 2nd, 2013 1st and 2nd, 2012 1st and 2nd Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 6715 S Evans Ave, Chicago, IL 60619 Legal Description or Property Index No. 20-22-302-030-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 8, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 8, 2024 as provided in this notice. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 8, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099987

TO: Kaja Holdings 2 LLC Occupant, 634 E 133rd St, Chicago, IL 60827 Kaja Holdings 2, LLC, c/o Illinois Secretary of State City of Chicago, City Clerk Kaja Holdings 2, LLC Alex Szvkareak Warvin Taylor Deanna Shears Darryl Taylor Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200089 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold November 8, 2021 Certificate No. 18-0002943 Sold for General Taxes of (year) 2018 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 634 E 133RD ST, CHICAGO, IL 60827 Legal Description or Property Index No. 25-34-117-007-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 8, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 8, 2024. This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on June 12, 2024 at 9:30 a.m. in Room 1704, Richard J. Daley Center, 50 West Washington St., Chicago, Illinois 60602 You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 8, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099979

TO: Taxpayer of, 308 E 134th St, Chicago, IL 60827 Jason Hawkes Occupant, 212 E 134th St, Chicago, IL 60827 Alla Development LLC City of Chicago, City Clerk Alla Development LLC, RA. Bobby4, LLC Alla Development LLC, c/o Illinois Secretary of State Cook County Clerk, Parties in Occupancy or actual possession of said property; Unknown owners or persons interested in said land or lot. TAX DEED NO. 202302200090 FILED December 20, 2023 TAKE NOTICE County of Cook Date Premises Sold November 8, 2021 Certificate No. 18-0002953 Sold for General Taxes of (year) 2018 Sold for Special Assessment of (Municipality) and special assessment number N/A Warrant No. N/A Inst. No. N/A THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES Property located at 212 E 134TH ST, CHICAGO, IL 60827 Legal Description or Property Index No. 25-34-208-011-0000 This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on May 8, 2024. The amount to redeem is subject to increase at a month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming. This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before May 8, 2024. This matter is set for hearing in the Circuit Court of this county in Chicago, Illinois on June 12, 2024 at 9:30 a.m. in Room 1704, Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60602 You may be present at this hearing but your right to redeem will already have expired at that time. YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY Redemption can be made at any time on or before May 8, 2024 by applying to the County Clerk of Cook County, Illinois at the Office of the County Clerk in Chicago, Illinois. For further information contact the County Clerk ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602 TELEPHONE: (312) 603-5645. Corona Investments, LLC Purchaser or Assignee. Dated December 27, 2023. Reiter Law Offices, Ltd. 208 W. Washington St., Ste. 2113 Chicago, IL 60606 1/9, 1/10, 1/11/2024/5099979

## LEGAL NOTICES

# INVITATION FOR PROPOSALS FOR PURCHASE OF CITY OWNED VACANT LOTS

**PUBLIC NOTICE** is hereby given by the City of Chicago (the "City"), through its Department of Planning and Development (the "Department"), for the sale of City-owned vacant lots for neighborhood side yards, community open spaces, urban agriculture, residential housing, mixed-use, commercial, and industrial development. The sale of property is intended to encourage the purchase and redevelopment of City-owned vacant land in line with community development priorities.

The properties available for sale are identified on the ChiBlockBuilder.com web site, and are searchable through the on-line interactive map. Each property available for sale includes a purchase price, link to the on-line application, and application submission deadline.

Interested buyers must submit applications to purchase City lots on-line at the ChiBlockBuilder.com web site. The applications period opens on November 1, 2023. There are two application submission deadlines, on November 30, 2023 and January 12, 2024, which are specific to individual lots marketed for sale on ChiBlockBuilder. Application eligibility requirements are identified on the ChiBlockBuilder.com web site.

For more information, go to Chicago.gov/blockbuilder. Questions can be directed to info@chiblockbuilder.com or call 312-935-1030.



Patrick Murphey
Acting Commissioner

Brandon Johnson
Mayor

## LEGAL NOTICE

**If you or your property were impacted by the demolition of the smokestack at the former Crawford Coal Plant in Chicago's Little Village neighborhood in April 2020, you may be entitled to a cash payment.**

A proposed settlement has been reached in a class action lawsuit claiming that Hilco Redevelopment, LLC, HRE Crawford, LLC, and HRP Exchange 55, LLC (collectively, "Hilco"), MCM Management Corp., Controlled Demolition, Inc., and Marine Technology Solutions LLC ("Defendants") acted improperly and caused damage when they demolished a smokestack on April 11, 2020, at the former Crawford Coal Plant, which was located at 3501 S. Pulaski Rd., Chicago, IL 60623. The settlement doesn't decide who is right, but rather is a compromise to end the lawsuit and avoid the uncertainties and costs associated with a trial.

The settlement allows individuals who were present, or owned real or personal property within the following boundaries on April 11, 2020 to file a claim for payment from the settlement: from 33rd St. and Kedzie Avenue, west to 33rd St. and Kilbourn Avenue, north to Kilbourn Avenue and Cermak Road, east to Cermak Road and Ogden Avenue, northeast to Ogden Avenue and California Avenue, south to 26th St. and California Avenue, west to 26th St. and Sacramento Avenue, south to Sacramento Avenue and 31st St., west to 31st St. and Kedzie Avenue, south to 33rd St. & Kedzie Avenue. These boundaries are known as the Class Boundaries. More information about the class and the settlement is available at **www.LittleVillageSmokestack.com.**

**What can I get out of the settlement?** If the Court approves the settlement, Class Members who submit valid claims will receive a cash payment from the Settlement Fund. The Settlement Fund is $12,250,000.00. The settlement provides for two separate Classes. One is for individuals who were present in the Class Boundaries on April 11, 2020, and therefore are presumed to have suffered personal injuries. The second is for individuals who file a valid claim for damage to their real or personal property and are entitled to recover the value of the actual documented damages, subject to a pro rata reduction if the total amount of property claims exceeds $1,000,000.00. Individuals who file valid personal injury claims will be paid a pro rata share of the remaining funds available to the class, which are estimated to be at least $7,000,000.00.

**How do I get my payment?** You just need to complete and verify a short and simple Claim Form, which is available at **www.LittleVillageSmokestack.com.** The Claim Form has two options. Select the first option if you want to file a claim for personal injury. The claim form does not require additional proof to recover for personal injury. Select the second option if want to file a claim for property damage. You will need to provide some evidence to support your claim for property damage, such as receipts or a detailed description of the property damage. If your property was damaged and you also qualify for a personal injury claim, you may select both options. You may later be asked to provide additional documents or information to support your claim. All Claim Forms must be received by March 26, 2024. You may also submit a claim form in person at a community outreach event. Please call 877-272-4962 or check the Class website, **www.LittleVillageSmokestack.com,** for details about when and where these events will take place. The Class website also has more information about your legal options.

**What are my options?** You can do nothing, submit a Claim Form, comment on or object to any of the Settlement terms, or exclude yourself from the Settlement. If you do nothing or submit a Claim Form, you won't be able to sue Defendants in a future lawsuit about the claims resolved in the Settlement. If you exclude yourself, you won't get a payment but you'll keep your right to sue Defendants on the issues the Settlement resolves. You must contact the Claims Administrator by mail to exclude yourself. You can also object to the Settlement if you disagree with any of its terms. All Requests for Exclusion and Objections must be received by February 26, 2024. Go to **www.LittleVillageSmokeStack.com** for complete details about all of your rights and options and how to exercise them.

**Who represents me?** The Court has appointed lawyers from the firm Loevy & Loevy to represent you as "Class Counsel." The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. Antonio Solis, Jose Solis, and Juan Rangel — class members like you — have been appointed by the Court as the "Class Representatives."

**When will the Court approve the settlement?** The Court will hold a final approval hearing on April 22, 2024 at 9:30 a.m. before the Honorable Judge Sunil R. Harjani in Courtroom 1858 of the Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, 60604. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses of up to $4,250,000.00 and incentive awards, which if granted, will be paid out of the Settlement Fund. Class Counsels' request for fees and incentive awards will be posted at **www.LittleVillageSmokeStack.com.**

For more information, you may call 877-272-4962, email info@littlevillagesmokestack.com, or visit **www.LittleVillageSmokeStack.com.**

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS MATTER**



sell your ropis
in the chicago tribune



sell your shoes
in the chicago tribune
to place your ad, call 312 222 2222
or visit chicagotribune.com/advertiser



sell your instruments
in the chicago tribune
to place your ad, call 312 222 2222
or visit chicagotribune.com/advertiser

**6 | La Raza** DOMINGO 14 DE ENERO DE 2024

# # Clasificados
## La Raza

Main Number
**(312) 870-7000**

Búsquenos también en:
**\*\*\*.laraza.com**



*Aviso Publicos/Legales*

### Avisos Legales

**COOK COUNTY CLERK'S OFFICE**
KAREN A. YARBROUGH, CLERK
COPY OF LEGAL NOTICE TO BE PUBLISHED" Notice is hereby given, pursuant to "An Act in relation to the use of an Assumed Business Name in the conduct or transaction of business in the State," as amended, that a certification was registered by the undersigned with the County clerk of Cook County.

Registration Number: Y23011287 on December 18, 2023
Under the Assumed Business Name of CAVALLINI CONSTRUCTION
with the business located at: 2642 S ST LOUIS AVE APT 3, CHICAGO, IL 60623

The true and real full name(s) and residence address of the owners/ partner(s) is: Owner/Partner Full Name NANCY SALAZAR RODRIGUEZ Complete Address 2642 S ST LOUIS AVE APT 3 CHICAGO, IL 60623, USA

**LaRaza**
¡Le dará resultado!

---

**Empleos en General**

Estamos buscando **TRABAJADORES DE MOLINOS / CARPINTEROS** para trabajar en nuestro taller en Wood Dale, IL. Construimos paneles decorativos de pared para vestibulos de alta gama, restaurantes, ascensores y clubes nocturnos. Experiencia en trabajo con madera y metal es esencial. La atención al detalle es fundamental. Trabajo a tiempo completo y parcial disponible. El pago es de hasta $35 por hora, dependiendo de la experiencia. Mande texto: 720-504-5001 - Hable algo de español, pero no mucho.

---

**GUADALAJARA DENTAL**
frenos, rellenos, endodoncias (root canal),coronas de circonia y porcelana, implantes, dentaduras parciales y completas. Abierto todos los días
**773.996.1479**

---

**Empleos en General**

Una compañía de techos establecida **DYNAMIC EXTERIORS** tiene posiciones inmediatas disponibles:

**1.Techadores**
con mínimo de 2 a 3 años de experiencia. Para tejado plano, insulación é hidroaislamiento. Trabajos (projects) estan localizados en Chicago y Suburbios. Llamar a Javier al:
**773-620-5127**
**773-954-6034**

---

## Clasificados

### ¿Ofrece Empleo?
Reclute personal inmediatamente con la sección de Empleos de
**LaRaza**

---

**Empleos en General**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts. CIRCUIT COURT COOK COUNTY PUBLICATION NOTICE OF COURT DATE FOR REQUEST FOR NAMECHANGE (ADULT)

Request of:
AngelicaAguilar
Case number: 23M6009579
There will be a court date on my Request to change my name from:Angelica Aguilar to the new name of: Angelica Reyes The court date will be held:on January 23rd, 2024 at 9am., at 16501 S. Kedzie Markham IL Cook County in Courtroom #207Current name Angelica Aguilar.

---

**NUTS ON CLARK**
**NOW HIRING**
• **CASHIER • STOCK • SALES** On the job training for potential managers at *O'hare *Midway *N. Clark locations. Earn & Learn
**$20/HR. Many hours available.**
Good pay while training with our team. COME IN FOR INTERVIEW @ corporate office.
**3830 N. Clark St. Chicago, IL**
9:00 am to 11:00 am Tuesday, Wednesday, and Friday. Must bring:
•Driver License/State ID •Social Security
Job Types: Ful-time, Part-time

---

**Buscamos**
**TECNICO/A DE HOJALATERIA**

**Tiempo completo con oportunidad para horas extras. Necesita experiencia y herramientas propias. Comienza inmediatamente. Localizada entre Peterson & Clark en Chicago.**

**847-702-9707**

---

AUTORIDAD REGIONAL DE TRANSPORTE DEL NORESTE DE ILLINOIS ("RTA")
SOLICITUD DE PROPUESTAS ("RFP")
EVENTO NO. 203 (2024) PARA Proveedor de Servicios de Seguridad Gestionados (MSSP)

La Autoridad Regional de Transporte (RTA, por sus siglas en inglés) invita a las firmas a presentar una propuesta en respuesta a esta RFP.

La RTA ha establecido un Programa de Empresas de Negocios en Desventaja ("DBE", por sus siglas en inglés) de conformidad con las regulaciones del Título 49 de CFR Parte 26 del Departamento de Transporte de los EE. UU., aplicable a todos sus contratos, independientemente de la fuente de financiamiento. La RTA alienta encarecidamente a los proveedores para hacer esfuerzos de buena fe para utilizar DBEs como subconsultores, subcontratistas, proveedores o socios de empresas conjuntas en este proyecto. Un listado de DBEs certificados que proporcionan servicios relevantes o materias primas puede ser accedido en el sitio web del Departamento de Transporte de Illinois: http://www.idot.illinois.gov/doing-business/certifications/disadvantaged-business-enterprise-certification/il-ucp-directory/index

Contacto de Adquisiciones: Rodolfo Bonilla
Analista de Adquisiciones Senior
Rodolfo.Bonilla@rtachicago.org

Fecha y Hora de Conferencia Previa a la Propuesta: Miércoles 31 de enero de 2024 a las 11:00AM, CST

Fecha y Hora Límite de la Propuesta: Miércoles 14 de febrero de 2024 a las 11:00AM, CST

Todas las preguntas deben ser enviadas a través del Portal de Proveedores de RTA en http://rtachicago.org/supplierportal a más tardar el miércoles 7 de febrero de 2024 a las 11:00AM, CST.

La RTA invita a todos los que respondan a enviar una propuesta electrónica para el número de evento descrito anteriormente. Los que respondan deberán seguir todos los documentos como se describe en la RFP a través del Portal de Proveedores de RTA en: http://rtachicago.org/supplierportal/. Las propuestas deben ser recibidas y selladas electrónicamente a más tardar la fecha y hora que figuran la solicitud. Las respuestas serán recibidas, pero no abiertas públicamente.

---

## Position Available
# Experienced Presser

Northside upscale dry cleaner has immediate opening for an experienced presser. Full time year round. Overtime possible. Proper documents to work required $16-$20/hour.

Benefits Include:
Life Insurance,
Long/ Short Term disability Insurance,
Health Insurance,
401K
Paid Vacation and Holidays.



Call Us • **773.457.1887** • After 1PM

AVISO LEGAL
Se usted o sus bienes se vieron afectados por la demolición de la chimenea de la antigua Planta de Carbón de Crawford, en el barrio Little Village de Chicago, en abril de 2020, es posible que tenga derecho a un pago de efectivo...

**Exhibit E**



# Exhibit F

## CLASS ACTION NOTICE

If you or your property were impacted by the demolition of the smokestack at the former Crawford Coal Plant in Chicago's Little Village neighborhood in April 2020, you may be entitled to compensation from a class action settlement.

**Learn More**

littlevillage
smokestack.com





**CLASS ACTION NOTICE**

If you or your property were impacted by the demolition of the smokestack at the former Crawford Coal Plant in Chicago's Little Village neighborhood in April 2020, you may be entitled to compensation from a class action settlement.

**Learn More**

**littlevillagesmokestack.com**

# AVISO DE DEMANDA COLECTIVA

**Si usted o sus bienes se vieron afectados por la demolición de la chimenea de la antigua planta de carbón Crawford en el vecindario Little Village de Chicago en abril de 2020, puede tener derecho a recibir una indemnización procedente de la conciliación de una demanda colectiva.**

Aprende más

**littlevillage smokestack.com**



## AVISO DE DEMANDA COLECTIVA

Si usted o sus bienes se vieron afectados por la demolición de la chimenea de la antigua planta de carbón Crawford en el vecindario Little Village de Chicago en abril de 2020, puede tener derecho a recibir una indemnización procedente de la conciliación de una demanda colectiva.

Aprende más

**littlevillagesmokestack.com**

