# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Antonio Solis, et al.

                        Plaintiff,

v.                                                    Case No.: 1:20–cv–02348

                                                            Honorable Young B. Kim

Hilco Redevelopment LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 22, 2024:

      MINUTE entry before the Honorable Young B. Kim: Final approval hearing held. Plaintiffs' petition for fees [255] and motion for final approval [262] are granted. Enter Final Class Settlement Approval Order. Plaintiffs are ordered to file a status report, as required by the approval order, by December 20, 2024. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.