# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Antonio Solis, et al.

                                        Plaintiff,

v.                                                                     Case No.: 1:20−cv−02348

                                                                            Honorable Young B. Kim

Hilco Redevelopment LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 14, 2024:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' unopposed motion for additional distribution of settlement funds [267] is granted. As such, the court approves Plaintiffs' requests for: (1) Simpluris to email reminders to Class Members with uncashed checks to cash them; (2) the distribution of any remaining funds to Class Members with approved personal injury claims who cashed their original checks or provided updated contact information; and (3) the reimbursement of $;29,288.20 to Simpluris for the cost of complying with this order. Plaintiffs now have until August 15, 2025, to file a status report or a motion seeking leave to make an additional distribution to Class Members or to propose a cy pres recipient for any remaining funds. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.