# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Antonio Solis, et al.

                        Plaintiff,

v.                                                          Case No.: 1:20−cv−02348

                                                                          Honorable Young B. Kim

Hilco Redevelopment LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiffs' unopposed motion for final distribution and for leave to distribute any remaining class settlement funds to the Little Village Environmental Justice Organization ("LVEJO") [275] is entered and continued. A hearing on this motion is scheduled for November 12, 2025, at 10:30 a.m. by phone. The conference call number for the hearing is (650) 479−3207 and the passcode is 23158661611#. (Press # when prompted for an attendee number.) Plaintiffs should invite LVEJO's Executive Director to appear for the hearing by phone. The court has concerns regarding the efficiency and effective use of the remaining settlement funds, which totals $212,000. Balancing the $22,441 cost of a final distribution Plaintiffs seek−−−which would yield a nominal sum of $13 to $15 for each class member−−−against the potential for a greater tangible benefit to the affected community, the court questions whether another round of individual checks is prudent. Given LVEJO's meaningful contributions to the case as explained in the motion and its mission, the pooling of the entire remaining amount for distribution to LVEJO may constitute a more effective use of the funds to serve the greater good of the class members and their community. While recognizing the priority of distributing settlement funds to the class, Plaintiffs must consider whether, under these unique circumstances, the full distribution to LVEJO is a superior use of the limited funds. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.