**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Antonio Solis, et al.
                      Plaintiff,

v.                                   Case No.: 1:20–cv–02348
                                              Honorable Young B. Kim

Hilco Redevelopment LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, October 25, 2025:

      MINUTE entry before the Honorable Young B. Kim: In light of Plaintiffs' supplemental statement (R. 279), their motion for final distribution and for leave to distribute any remaining class settlement funds to the Little Village Environmental Justice Organization ("LVEJO") [275] is granted only to the extent that Plaintiffs are granted leave to distribute all settlement funds remaining as of December 5, 2025, to LVEJO. Plaintiffs are to file a status report by December 21, 2025, confirming the distribution of all settlement funds. Once the court receives this confirmation, it will dismiss this case with prejudice. The motion hearing scheduled for November 12, 2025, is cancelled. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.